IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ELISHA THOMAS JR.,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4234

Opinion filed January 12, 2016.

Petition for Writ of Mandamus -- Original Jurisdiction.

Elisha Thomas, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Respondent.

PER CURIAM.

This petition for writ of mandamus seeks to compel a ruling on a motion for postconviction relief. Because the circuit court has recently directed the state to file a response to the pending motion, the petition for writ of mandamus is denied. See Munn v. Florida Parole Commission, 807 So. 2d 733 (Fla. 1st DCA 2002) (holding

that where the trial court has issued a recent order to show cause, mandamus relief was not warranted). However, we encourage the circuit court to continue its efforts to expeditiously dispose of the motion pending below. See Wilson v. State, 775 So. 2d 1003 (Fla. 1st DCA 2001).

THOMAS, SWANSON, and MAKAR, JJ., CONCUR.